IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

LUIS VERA,                                     )
                                               )
            Petitioner,                        )
                                               )
      v.                                       )          CV 322-137
                                               )
WARDEN, USP ATLANTA,                           )
                                               )
            Respondent.                        )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. However, Petitioner belatedly filed a brief in opposition to the motion to dismiss. (See doc. no. 14.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Respondent's motion to dismiss, (doc. no. 10), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this _____ day of February, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE