AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LUIS VERA,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV322-137

WARDEN USP ATLANTA,

Respondent,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 13, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Respondent's Motion to Dismiss is granted. Therefore, the Court dismisses Petitioner's 28 US.C. § 2241 without prejudice and closes this civil action.



February 13, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020